Robert Tauler  (SBN 241964)
robert@taulersmith.com
Narain Kumar, Esq. (SBN 301533)
nkumar@taulersmith.com
TAULER SMITH LLP
626 Wilshire Boulevard, Suite 550
Los Angeles, California 90017
Tel: (213) 927-9270

*Attorneys for Plaintiff*
*Matthew Sorensen*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW SORENSEN, individually and on behalf of all others similarly situated;<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DELOITTE LLP, a Delaware partnership; and DOES 1 through 25, inclusive<br><br>　　　　Defendant. | Case No.: 2:25-cv-01223-DMG-JPR<br><br>**PLAINTIFF MATTHEW SORENSEN'S NOTICE OF SETTLEMENT** |

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Plaintiff Matthew Sorensen and Defendant Deloitte LLP have reached a resolution of the above-captioned case. The Parties are working on the final settlement papers and expect Plaintiff will dismiss his individual claims with prejudice within the next thirty (30) days.

DATED: August 4, 2025                    **TAULER SMITH LLP**


                                      By:  */s/ Robert Tauler*
                                            Robert Tauler, Esq.
                                            Attorneys for Plaintiff
                                            Matthew Sorensen